**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| In re: LINDA MARIE RUTHERFORD, | No. 21-60059 |
| Debtor, | BAP No. 21-1074 |
| ------------------------------ | |
| JOANNIE TANG-FOK, | MEMORANDUM* |
| Appellant, | |
| v. | |
| E. LYNN SCHOENMANN, Chapter 7 Trustee; LINDA MARIE RUTHERFORD, | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Gan, Taylor, and Brand, Bankruptcy Judges, Presiding

Submitted May 16, 2023**

Before:    BENNETT, MILLER, and VANDYKE, Circuit Judges.

Joannie Tang-Fok appeals pro se from the Bankruptcy Appellate Panel's

---

*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

("BAP") judgment affirming the bankruptcy court's order granting Linda Marie Rutherford, a Chapter 7 debtor, discharge under 11 U.S.C. § 727(a). We have jurisdiction under 28 U.S.C. § 158(d). We review de novo a decision of the BAP, and we review the underlying bankruptcy court decision applying the same standard of review the BAP did. *In re Hutchinson*, 15 F.4th 1229, 1232 (9th Cir. 2021). We affirm.

The bankruptcy court properly granted a discharge to Rutherford because Tang-Fok failed to file a complaint objecting to the discharge of Rutherford's debt or seeking to except specific debt from discharge. *See Kontrick v. Ryan*, 540 U.S. 443, 448 n.3 (2004) (noting that time restrictions to file a complaint objecting to discharge of any debt under 11 U.S.C. § 727(a) or particular debts under 11 U.S.C. § 523(c) are "practical[ly] identi[cal]"); *In re Kennerley*, 995 F.2d 145, 146 (9th Cir. 1993) (explaining that bankruptcy rules impose strict time limits for filing complaints to determine dischargeability of debts).

**AFFIRMED.**